McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

**FILED**

AUG 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT FOR AN HP PAVILION DV9000 LAPTOP COMPUTER AND CD'S LOCATED AT WEST SACRAMENTO POLICE DEPARTMENT | 2:07-SW--250 DAD <u>SEALING ORDER</u> |

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the application, search warrant, and accompanying documents in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court, or the arrest of Edward Gentry in the above-captioned case.

DATED: August 28, 2007

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge